UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | ED CV14-00237-VAP (AS) | Date | September 11, 2014 |
|---|---|---|---|
| Title | Angel V Jara v. San Bernardino County Sheriff's Department et al | | |

| Present: The Honorable | Alka Sagar, United States Magistrate Judge |
|---|---|

| Alma Felix | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Petitioner: | Attorneys Present for Respondent: |
| N/A | N/A |

**Proceedings:**     (IN CHAMBERS) ORDER TO SHOW CAUSE

On February 13, 2014, Plaintiff Angel V. Jara filed a Complaint pursuant to 42 U.S.C. § 1983(Docket Entry No. 4). On March 5, 2014, the Court dismissed Plaintiff's Complaint with leave to amend (Docket Entry No. 7). On March 25, the Court granted Plaintiff until May 5, 2014, to file his Amended Complaint (Docket Entry No. 10). On May 5, 2014, Plaintiff filed a First Amended Complaint (Docket Entry No. 14). On June 3, 2014, the Court dismissed the First Amended Complaint with leave to amend and directed Plaintiff to file a Second Amended Complaint no later than July 3, 2014 (Docket Entry No. 15). On July 3, 2014, Plaintiff filed a Second Amended Complaint (Docket Entry No. 16). On July 22, 2013, the Court dismissed the Second Amended Complaint with leave to amend and directed Plaintiff to file a Third Amended Complaint no later than August 21, 2014 (Docket Entry No. 18).

On August 18, 2014, the Order Dismissing the Third Amended Complaint was returned to the Clerk of the Court as undeliverable (Docket Entry No. 19). On August 19, 2014, the Court issued an order requiring Plaintiff to provide the Court with his current address pursuant to Local Rule 41-6 within ten days (Docket Entry No. 20). Plaintiff was expressly warned that if he failed to respond to the Court's Order, his action may be dismissed with prejudice under Federal Rule of Civil Procedure 41(b) for failure to prosecute (Id.). As of today, however, Plaintiff has failed to respond to the Court's Order, file a Third Amended Complaint or a request for an extension of time in which to do so.

Accordingly, Plaintiff is ORDERED TO SHOW CAUSE, within **fourteen (14) days** of the date of this Order, why this action should not be dismissed with prejudice for failure to prosecute. Plaintiff may discharge this Order by filing a Third Amended complaint, curing the deficiencies of the Second Amended Complaint, or by filing a declaration under penalty of perjury stating why he is unable to do so.

**If Plaintiff no longer wishes to pursue this action, he may request a voluntary dismissal of this action pursuant to Federal Rule of Civil Procedure 41(a). A Notice of Dismissal form is attached for Plaintiff's convenience. Plaintiff is again warned that failure to timely file a response to this Order**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | ED CV14-00237-VAP (AS) | Date | September 11, 2014 |
|---|---|---|---|
| Title | Angel V Jara v. San Bernardino County Sheriff's Department et al | | |

**will result in a recommendation that this action be dismissed with prejudice for failure to prosecute and obey court orders pursuant to Federal Rule of Civil Procedure 41(b)**.

|  |  | 0 | : | 00 |
|---|---|---|---|---|
|  | Initials of Preparer |  | AF |  |