**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| ANGEL V. JARA, | ) | NO. ED CV 14-237-VAP (AS) |
| Plaintiff, | ) | |
| v. | ) | **JUDGMENT** |
| SAN BERNADINO SHERIFF'S DEPARTMENT, et. al., | ) | |
| Defendants. | ) | |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: January 6, 2015.

_Virginia A. Phillips_

VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE